Cyrus Safa
Nevada Bar No.: 13241
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
SHARONE RANDOLPH

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHARONE RANDOLPH | Case No.: 2:18-cv-00555-JAD-PA |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Sharone Randolph and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 33 days from July 12, 2018 to August 14, 2018 for Plaintiff to file a Motion for Remand, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's first

///

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Due to heavy caseload, counsel has recently been reassigned this case. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: July 12, 2018  Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Sharone Randolph

DATE: July 12, 2018  DAYLE ELIESON
Acting United States Attorney
MARK E. WOOLF
Assistant United States Attorney

/s/ *Tina Naicker*

BY: _____
Tina Naicker
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

DATED: July 13, 2018
IT IS SO ORDERED: _____
UNITED STATES MAGISTRATE JUDGE