DAYLE ELIESON
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHARONE RANDOLPH, | Case No. 2:18-cv-00555-JAD-PAL |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR EXTENSION OF TIME AND [PROPOSED ORDER]** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(SECOND REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Remand be extended from October 29, 2018 to **November 29, 2018**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Counsel was out of the office for the last two weeks on intermittent sick leave for the flu/acute pneumonia. Counsel also has over 75+ active matters, which requires two or more dispositive motions a week until mid-November. In addition, Counsel has active civil rights and representative misconduct matters that require immediate investigation. Counsel also has a Ninth Circuit brief due in mid-November, which requires multiple levels of review. Due to Counsel's

- 1 -

unexpected leave, Counsel became behind on her heavy workload.  As such, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 25, 2018

/s/ *Cyrus Safa
(*as authorized by email on October 24, 2018)
CYRUS SAFA
Attorney for Plaintiff

Dated:  October 25, 2018

DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: October 29, 2018

HON. PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

# **CERTIFICATE OF SERVICE**

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION FOR EXTENSION OF TIME AND [PROPOSED] ORDER** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: cyrus.safa@rohlfinglaw.com

Gerald Welt
Gerald M. Welt, Chtd.
703 S. 8th St.
Las Vegas, NV 89101
702-382-2030
Fax: 702-684-5157
Email: gmwesq@weltlaw.com

Attorneys for Plaintiff

Respectfully submitted this 25th day of October 2018,

 */s/ Tina L. Naicker*
TINA L. NAICKER
Special Assistant United States Attorney