DAYLE ELIESON
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHARONE RANDOLPH, | Case No. 2:18-cv-00555-JAD-PAL |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR EXTENSION OF TIME AND [PROPOSED ORDER]** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(SECOND REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Remand be extended from November 29, 2018 to **December 13, 2018**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Counsel has a family emergency on the date of the current filing deadline. Counsel also has over 75+ active matters, which requires two or more dispositive motions a week until mid-January. In addition, Counsel has active civil rights and representative misconduct matters that require immediate investigation. Counsel also has a Ninth Circuit brief due next week, which requires multiple levels of review. Due to Counsel's unexpected leave, Counsel became behind

- 1 -

on her heavy workload.  As such, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

Dated: November 29, 2018        /s/ *Cyrus Safa
                                        (*as authorized by email on November 29, 2018)
                                        CYRUS SAFA
                                        Attorney for Plaintiff


Dated:  November 29, 2018        DAYLE ELIESON
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration


                                  By    /s/  Tina L. Naicker
                                        TINA L. NAICKER
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant


                                              **ORDER**

APPROVED AND SO ORDERED:



DATED: December 4, 2018                               
                                        HON. PEGGY A. LEEN
                                        UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION FOR EXTENSION OF TIME AND [PROPOSED] ORDER** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: cyrus.safa@rohlfinglaw.com

Gerald Welt
Gerald M. Welt, Chtd.
703 S. 8th St.
Las Vegas, NV 89101
702-382-2030
Fax: 702-684-5157
Email: gmwesq@weltlaw.com

Attorneys for Plaintiff

Respectfully submitted this 29th day of November 2018,

                                                */s/ Tina L. Naicker*
                                                TINA L. NAICKER
                                                Special Assistant United States Attorney